UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | : | Case No. 1:16-cv-924 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| THOMAS L. BRAME, SR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 16)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 2, 2016, submitted a Report and Recommendation.  (Doc. 16).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in their entirety.  Specifically, the Court agrees that the arguments raised in Defendants' "response to motion to remand" (Doc. 15), filed after this Court adopted the previous Report and Recommendation of the magistrate judge and ordered this case remanded to state court (*see* Doc. 12), were improperly raised and should have been filed as an

objection to the initial Report and Recommendation. Additionally, the Court agrees that the arguments raised in Defendants' most recent filing are without merit.

Accordingly, Defendants' response to motion to remand (Doc. 15), construed as a motion to alter or amend judgment, is **DENIED**.

**IT IS SO ORDERED.**

Date: 12/1/16

s/ Timothy S. Black
Timothy S. Black
United States District Judge